FILED __ LODGED
__ RECEIVED
JUN 21 2018
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TATYANA I. MASON, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN MASON, <br><br> Defendant | Case No.: 3:17-cv-05289-RBL <br><br> ~~PROPOSED~~ ORDER GRANTING CHAPTER 7 BANKRUPTCY TRUSTEE'S MOTION TO AMEND AND SUBSTITUTE TRUSTEE AS REAL PARTY IN INTERESTS |

## ~~PROPOSED~~ ORDER

THIS MATTER is before the Court on the Chapter 7 Bankruptcy Trustee's Motion to Amend and Substitute Trustee as Real Party in Interest and Defendant John Mason's Motion to Dismiss. The Plaintiff, Tatyana I. Mason, joined the Trustee's Motion and Response. The Court may not dismiss an action for failure to prosecute in the name of the real party in interest if the real party in interest has been allowed to join or substitute into the action. Fed. R. Civ. P. 17(a)(3). The real party in interest should be allowed to join or substitute into the action when justice so requires. Fed. R. Civ. P. 15(a)(2).

The Court GRANTS the Motion to Amend and Substitute the Chapter 7 Bankruptcy Trustee as the real party in interest Plaintiff. There Court re-designates Plaintiff Tatyana I. Mason as a nominal plaintiff.

**IT IS SO ORDERED**.

Dated this 21st day of June, 2018.

_____
Ronald B. Leighton
United States District Judge

~~PROPOSED~~ ORDER GRANTING CHAPTER 7 BANKRUPTCY TRUSTEE'S MOTION TO AMEND AND SUBSTITUTE TRUSTEE AS REAL PARTY IN INTERESTS - 1