UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATYANA MASON, et al.,<br><br>    Plaintiffs,<br>v.<br>JOHN MASON,<br><br>    Defendant. | CASE NO. C17-5289JLR<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |

Before the court is the parties' joint stipulated motion for a continuance of their trial date. (Stip. Mot. (Dkt. # 70).) The parties contend that there is good cause for a continuance due to (1) Plaintiff Tatyana Mason's ongoing treatment for cancer, (2) the continuance of an agreed-to mediation due to Ms. Mason's ongoing treatment, and (3) Ms. Mason's counsel's pending motion to withdraw as her counsel (Mot. to Withdraw (Dkt. # 67)). (Stip. Mot. at 1-2.) The parties request the court to "assign a new trial date as soon as the [c]ourt's calendar allows, but no sooner than September 1, 2021" because

ORDER - 1

1 | that is Ms. Mason's earliest "back to work date" according to her treating physician. (*Id*.
2 | at 1.)

3 |   Due to continuances resulting from the COVID-19 pandemic, the court has a full
4 | docket that would quickly fall into disarray if the court granted extensions to every party
5 | who faced scheduling difficulties. The court will not imperil the trial dates of other
6 | parties on the court's calendar by granting the parties an extension that disrupts a
7 | previously scheduled trial. Under these circumstances, the earliest date the court's
8 | calendar allows a new trial date to be scheduled is August 29, 2022.

9 |   Thus, the court GRANTS the parties' stipulated motion to continue (Dkt. # 70).
10 | The Clerk is authorized to issue a minute order setting a new trial date for August 29,
11 | 2022, along with other relevant deadlines. As this trial date shall result in a new
12 | discovery cutoff deadline, the court DIRECTS the Clerk to strike the pending motion to
13 | compel (Dkt. # 63).

14 |   Dated this 8th day of January, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 2