UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATYANA I. MASON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN A. MASON,<br><br>　　　　　　Defendant. | CASE NO. C17-5289JLR<br><br>ORDER |

On July 6. 2021, the court referred *pro se* Plaintiff Tatyana I. Mason's motion to appoint counsel to the pro bono Screening Committee. (*See* 7/6/21 Order (Dkt. # 80); Mot. (Dkt. # 79).) The court had ordered the Screening Committee to review the case and make a recommendation to the court in accord with the pro bono plan and the rules of the pro bono panel on or before August 6, 2021. (7/6/21 Order at 3.) The Screening Committee has requested a 30-day extension for this review. Ms. Mason has also requested a seven-day extension to file a reply to Defendant John A. Mason's response to her motion to appoint counsel. (Mot. for Extension (Dkt. # 85).)

ORDER - 1

1   The court GRANTS the Screening Committee's requested extension and
2 ORDERS that it complete the aforementioned review and recommendation on or before
3 Tuesday, September 7, 2021.  The court also GRANTS Ms. Mason's request for an
4 extension to file a reply (Dkt. # 85) and ORDERS her to file a reply on or before Friday,
5 August 13, 2021.  The Clerk shall RENOTE Ms. Mason's motion to appoint counsel
6 (Dkt. # 79) for September 7, 2021, pending the Screening Committee's recommendation
7 as to whether the court should appoint counsel.
8   Dated this 5th day of August, 2021.

					JAMES L. ROBART
					United States District Judge