UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATYANA I. MASON, et al., | CASE NO. C17-5289JLR |
| Plaintiffs, | ORDER |
| v. | |
| JOHN A. MASON, | |
| Defendant. | |

Before the court is Plaintiff Tatyana I. Mason's motion to appoint counsel. (Mot. (Dkt. # 79).) Ms. Mason, who is currently proceeding *pro se* and *in forma pauperis* ("IFP") (10/10/17 Order (Dkt. # 19); 2/4/21 Order (Dkt. # 77)), seeks a court-appointed attorney, which the court has discretion to request on her behalf, *see* 28 U.S.C. § 1915(e)(1). On July 6, 2021, pursuant to the Western District of Washington's plan for court-appointed representation, the court concluded that Ms. Mason had demonstrated an adequate basis to refer her case to the Screening Committee. (7/6/21 Order (Dkt. # 80) at

//

ORDER - 1

2-3 (citing General Order No. 16-20, Section 3(c) (Dec. 8, 2020)).)  The Screening Committee has recommended the appointment of counsel.

No later than October 29, 2021, the court DIRECTS the Clerk to identify counsel from the Pro Bono Panel who would be willing to represent Ms. Mason in this action.  If the Clerk cannot locate counsel within that timeframe who is willing to represent Ms. Mason on a pro bono basis, the court will be unable to appoint counsel.  If the Clerk timely identifies pro bono counsel, the court will issue an order of appointment.  The court further DIRECTS the Clerk to send a copy of this order to Ms. Mason and to the Western District of Washington's Pro Bono Coordinator.  Finally, the court DIRECTS the Clerk to re-note Ms. Mason's motion for appointment of counsel (Dkt. # 79) for October 29, 2021.

Dated this 17th day of September, 2021.

_____
JAMES L. ROBART
United States District Judge