UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATYANA I. MASON, | CASE NO. C17-5289JLR |
| Plaintiff, | ORDER APPOINTING PRO BONO COUNSEL |
| v. | |
| JOHN A. MASON, | |
| Defendant. | |

Before the court is *pro se* Plaintiff Tatyana I. Mason's motion to appoint counsel. (Mot. (Dkt. # 79).)  The court GRANTS Ms. Mason's motion and appoints Kaleigh N. Powell (kpowell@tousley.com) and James M. Bulthuis (JBulthuis@tousley.com) of Tousley Brain Stephens PLLC, 1200 Fifth Avenue, Suite 1700, Seattle, WA 98101-3147, (206) 682-5600, as counsel for Ms. Mason pursuant to the "Plan and Rules of the United States District Court for the Western District of Washington at Seattle for the Representation of *Pro Se* Litigants in Civil Rights Actions" ("the Rules").  *See* General Order No. 16-20 (Dec. 8, 2020).

ORDER - 1

1     Counsel is directed to file a Notice of Appearance within ten (10) calendar days.

2 If counsel is unable for a reason set forth in the Rules to assume this representation, a

3 motion for relief from appointment should immediately be filed with the assigned judge.

4 In the event plaintiff prevails, appointed counsel may move for an award of attorney's

5 fees under any applicable authority. The court is unable to assure counsel of

6 compensation from any other source, however.

7     The Clerk is directed to send a copy of this order to Ms. Mason and to counsel for

8 Ms. Mason.

9     Dated this 5th day of October, 2021.

10

11

12                                         JAMES L. ROBART  
                                          United States District Judge

13

14

15

16

17

18

19

20

21

22

ORDER - 2